# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

**DATE:** JANUARY 31, 2007

**DIGITAL RECORDING:** 3:33 - 3:38

- ✓ **INITIAL APPEARANCE**
- ☐ **DETENTION HEARING**
- ☐ **REMOVAL HEARING (Rule 5)**
- ☐ **ARRAIGNMENT**
- ☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ☐ **PRELIMINARY EXAMINATION**

PRESIDING MAG. JUDGE: CHARLES S. COODY
DEPUTY CLERK: WANDA STINSON
CASE NO.: 2:06-MJ-10-CSC
DEFT. NAME: CLARANCE EARL BIVINES
USA: Tommie Hardwick
ATTY: Robert Beeman
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO
USPTSO/USPO: Tamara Martin

Defendant ___does___ does NOT need an interpreter; NAME: _____

- ✓ Kars. — Date of Arrest **1/31/07** or ☐ Rule 5 Arrest
- ✓ kia. — Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator
- ✓ Finaff. — Financial Affidavit executed ☐ to be obtained by PTS; ☐ ORAL Motion for Appt. Of Counsel.
- ✓ koappted — **ORAL ORDER** appointing Federal Defender - **Notice to be filed.**
- ☐ 20appt. — Panel Attorney Appointed; ☐ to be appointed - prepare voucher
- ☐ — Deft. Advises he will retain counsel. Has retained _____
- ☐ — Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion;
- ✓ — Government's **WRITTEN** Motion for Detention Hrg. filed. **DETENTION HRG** ☐ held; ✓ Set for **2/6/07 @ 3pm**; ☐ Prelim. Hrg Set for **2/6/07 @ 3pm**
- ☐ kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- ☐ kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- ☐ kocondrls. — Release order entered. ☐ Deft. advised of conditions of release.
- ☐ kbnd. — ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
  - ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
- ☐ Loc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- ☐ ko. — Deft. **ORDERED REMOVED** to originating district
- ☐ krmvhrg. — Identity/Removal Hearing ☐ set for _____; ☐ **WAIVER** of Rule 5 & 5.1 Hearings
- ☐ kwvprl. — Waiver of Preliminary hearing;
- ☐ — Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
- ☐ Karr. — ARRAIGNMENT SET FOR: _____ ☐ **HELD**. Plea of **NOT GUILTY** entered.
  - ☐ Trial Term _____ ☐ PRETRIAL CONFERENCE DATE: _____
  - ☐ DISCOVERY DISCLOSURES DATE: _____