| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

❏ INITIAL APPEARANCE  　　　　　　　　DATE: February 6, 2007
❏ BOND HEARING
❏ DETENTION HEARING  　　　　　　　Digital Recording 3:00 - 3:11
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
❏ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker　　**DEPUTY CLERK:** Joyce Taylor

**CASE NO.** 2:07mj10-CSC　　**DEFENDANT NAME:** Clarance Earl Bivines

**AUSA:** Tommie Hardwick　　**DEFT. ATTY:** Kevin Butler

　　　　　　　　**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; (√) FPD

**USPO/USPTS:** Tamara Martin

**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

❏　　Date of Arrest or ❏ Arrest Rule 40
❏　　Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator
❏　　Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❏　　ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed
❏　　Panel Attorney Appointed; ❏ to be appointed - prepare voucher
❏　　Deft. Advises he will retain counsel.  Has retained _____
❏　　❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed
❏　　Detention Hearing held
❏　　ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered
❏　　ORDER OF DETENTION HEARING PENDING TRIAL to be entered
❏　　Release order entered.  Deft advised of conditions of release
❏　　❏ BOND EXECUTED (M/D AL charges) $. Deft released
　　　❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered
❏　　Bond not executed.  Defendant to remain in Marshal's custody
❏　　Deft. ORDERED REMOVED to originating district
❏　　Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing
❏　　Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury
❏　　ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for
　　　　　DISCOVERY DISCLOSURE DATE:
❏　　WAIVER of Speedy Trial.　　CRIMINAL TERM:
❏　　NOTICE to retained Criminal Defense Attorney handed to counsel

Mr. Butler states that his office was informed that defendant had retained counsel and, therefore, no further investigation was done by his office.  Defendant's ORAL MOTION to continue detention hearing and preliminary hearing. Mr. Blanchard's statements to the Court regarding possible

representation of defendant and confusion with counsel not being ready to conduct these hearings. Defendant states he will retained Mr. Blanchard.  Government states they have no objections to continuance.  Detention Hearing/Preliminary Hearing to be reset for February 13, 2007 at 3:00 p.m.