IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07mj10-CSC |
| | ) | |
| CLARANCE EARL BIVINES | ) | |

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO BAIL
REFORM ACT**

Upon defendant's oral motion for continuance, it is ORDERED that the detention hearing/preliminary hearing previously scheduled for February 6, 2007 be and is hereby **rescheduled for February 13, 2007 at 3:00 p.m.** in Courtroom 5-B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

Done, this 7th day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

\