**COURTROOM DEPUTY'S MINUTES          MIDDLE DISTRICT OF ALABAMA**

-------------------------------------------------------------------------------------------

❐ **INITIAL APPEARANCE**                          **DATE: February 13, 2007**

❐ **BOND HEARING**

√ **DETENTION HEARING**                    **Digital Recording   3:00 - 4:03**

√ **PRELIMINARY (EXAMINATION)**

❐ **REMOVAL HEARING (R.40)**

❐ **ARRAIGNMENT**

-------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker          DEPUTY CLERK: Joyce Taylor**

**CASE NO. 2:07mj10-CSC          DEFENDANT NAME: Clarance Earl Bivines**

**AUSA: Tommie Hardwick                    DEFT. ATTY: Bill Blanchard**

**Type Counsel: (√ )Retained; ( ) CJA; ( ) Waived; ( ) FPD**

**USPO/USPTS: Tamara Martin**

**Interpreter needed: (  √  ) NO; (   )YES   Name:**

_____

| | |
|---|---|
| 3:00 p.m. | Court convenes. |
| 3:02 p.m. | Testimony begins. |
| | Government's direct examination. (Burch) |
| 3:17 p.m. | Mr. Blanchard's cross examination. (Burch) |
| 3:26 p.m. | Mr, Blanchard's request for audio/video tape. |
| | Government's response. |
| 3:27 p.m. | Mr, Blanchard's continued cross examination. (Burch) |
| 3:33 p.m. | Government rests. |
| 3:34 p.m. | Mr. Blanchard has nothing further as to probable cause. |
| | Court finds probable cause and binds defendant over to the district court for further proceedings. |
| 3:35 p.m. | Mr. Blanchard's statements regarding detention issue. |
| 3:36 p.m. | Mr. Blanchard's direct examination. (Darden) |
| 3:44 p.m. | Government's cross examination. (Darden) |
| 3:47 p.m. | Mr. Blanchard's direct examination. (James) |
| 3:52 p.m. | Mr. Blanchard rests. |
| 3:54 p.m. | Court's questions to Tamara Martin. |
| 3:56 p.m. | Mr. Blanchard's examination. (Martin) |
| 3:57 p.m. | Government's statements to the court. |
| 3:59 p.m. | Mr. Blanchard's response and statements to the court. |
| 4:03 p.m. | Government's further statements and proffer to the court. |
| 4:04 p.m. | Court will detain defendant and remand defendant to U. S. Mashal. |

# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

UNITED STATES OF AMERICA           *

                                   *

VS.           *           2:07mj10-CSC

                                   *

CLARANCE EARL BIVINES           *

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
| --- | --- |
| 1. Jason Burch | 1. Nena M. Darden |
| | 2. Gwendolyn R. James |

COURT'S WITNESS:

1. Tamara Martin

✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

| | |
|---|---|
| UNITED STATES OF AMERICA | **DEFENDANT'S EXHIBIT LIST** |
| V. | |
| CLARANCE EARL BIVINES | Case Number:  2:07mj10-CSC |

| PRESIDING JUDGE<br>SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY<br>TOMMIE HARDWICK | DEFENDANT'S ATTORNEY<br>BILL BLANCHARD |
|---|---|---|
| TRIAL DATE (S)<br>FEBRUARY 13, 2007 | COURT REPORTER | COURTROOM DEPUTY<br>JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 2/13/07 | | Yes | 2006 Earning Statement for C. E. Bivins |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.